# United States District Court
## Southern District of Georgia

Kentrell Thomas

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 6:17CV007-JRH/RSB

Arlene Hunt, et al.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's order dated 9/19/17 adopting the Magistrate Judge's Report and Recommendation, the complaint is Dismissed Without Prejudice. This case stands closed.



9/19/17
*Date*

Scott L. Poff
*Clerk*

(By) Deputy Clerk